# Court of Appeals
# of the State of Georgia

ATLANTA, __May 17, 2018__

*The Court of Appeals hereby passes the following order:*

### A18A1706. SHIRLEEN BLUE-BANKS v. BOARD OF REVIEW LABOR BOARD.

Shirleen Blue-Banks filed this direct appeal from the superior court's order affirming the decision of the Board of Review of the Georgia Department of Labor that denied her claim for unemployment benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must be initiated by filing an application for discretionary review. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Blue-Banks's failure to follow the requisite appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __05/17/2018__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.


_____, *Clerk.*